FILED

2011 NOV 15 AM 11:23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
ANTON JOHN HANAK, III,
Defendant.

CR No. 11- CR 11 01085

I N F O R M A T I O N

[18 U.S.C. § 1014: False Statement on Loan Application; 18 U.S.C. § 2: Aiding and Abetting and Causing an Act to Be Done]

The United States Attorney charges:

[18 U.S.C. §§ 1014, 2(b)]

On or about July 28, 2010, in Los Angeles County, within the Central District of California, and elsewhere, defendant ANTON JOHN HANAK, III ("defendant HANAK") knowingly and willfully caused to be made a material false statement for the purpose of influencing the action of Wells Fargo Bank, N.A., whose deposits were then insured by the Federal Deposit Insurance Corporation, in connection with a loan application, in that defendant HANAK directed another individual ("K.E.G.") to state in a Business Banking Loan and Treasury Management Application that K.E.G. was

G7K

president and owner of AC&L Management Corp. since February 2006, when in truth and in fact, as defendant HANAK then well knew, K.E.G. had not been the president and owner of AC&L Management Corp. since February 2006.

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

BEONG-SOO KIM
Assistant United States Attorney
Chief, Major Frauds Section

STEPHEN A. CAZARES
Assistant United States Attorney
Deputy Chief, Major Frauds Section

MONICA D. MANGE
Assistant United States Attorney
Major Frauds Section